PD-0598-15
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS
Transmitted 7/15/2015 12:44:38 PM
Accepted 7/17/2015 1:16:34 PM
ABEL ACOSTA
CLERK

NO.  PD-598-15

| | | |
|---|---|---|
| **RONALD BLAKE FEARS** | § | **IN THE** |
| | § | |
| **VS.** | § | **COURT OF CRIMINAL** |
| | § | **APPEALS** |
| | § | |
| **STATE OF TEXAS** | § | **AUSTIN, T E X A S** |

## MOTION TO SUBSTITUTE COUNSEL

**TO THE HONORABLE JUDGE OF SAID COURT:**

Now comes DOUGLAS H. PETTIT, Movant and attorney of record for Defendant, RONALD BLAKE FEARS, and brings this Motion to Substitute Counsel and in support thereof shows:

1.     Movant was attorney of record for Defendant in the Appeal and has filed a request for Discretionary Review of this cause, and desires to withdraw from this cause.

2.     Movant's attorney has accepted employment with the Cameron County District Attorney's Office beginning August 1, 2015.  Counsel has accepted this a pro bono PDR and has not accepted any money from the Movant and will not be seeking any reimbursement.

3.     Abigail Molina has agreed to take over the case and continue as required by this Honorable Court.

FILED IN
COURT OF CRIMINAL APPEALS

July 17, 2015

ABEL ACOSTA, CLERK

4.     Such withdrawal is sought in order to permit Abigail D. Molina to be substituted as counsel of record for Defendant.  The mailing address, telephone number, fax number and State Bar of Texas identification number for Abigail D. Molina are as follows:

> ABIGAIL D. MOLINA
> 1257 N. SAM HOUSTON  SAN BENITO, Texas  78586
> (956) 564 9060 telephone
> (956) 866 709 9503 fax
> Texas State Bar No. 24074740

3.     A copy of this motion has been mailed by certified mail and by regular mail to Defendant at Defendant's last known address:

> Mr. Ronald Blake Fears
> TDC Number 01883420
> Texas Department of Criminal Justice
> Mark Stiles Unit
> 3060 F.M. 3514
> Beaumont, Texas 77705

### PRAYER

**WHEREFORE, PREMISES CONSIDERED,** Movant prays that the Court allow DOUGLAS H. PETTIT to withdraw as counsel for RONALD BLAKE FEARS and from any further representation of RONALD BLAKE FEARS, and permit Abigail D. Molina to be substituted as counsel of record herein.

Respectfully submitted,

 /s/ Douglas H. Pettit
680 East St. Charles Suite 600
BROWNSVILLE, TX 78520
Tel: (956) 243-6455
Email: dpettitlaw@hotmail.com
Attorney for RONALD BLAKE FEARS


 /s/ Abigail D. Molina
1257 N.Sam Houston
San Benito, Texas 78586
Tele (956) 564-9060
Fax (866) 709 9503


## CERTIFICATE OF SERVICE

This is to certify that on July 15, 2015, a true and correct copy of the above and foregoing document was served on the District Attorney's Office, Cameron County, by hand delivery.

/s/ Douglas H. Pettit
Douglas H. Pettit
Attorney at Law

## CERTIFICATE OF SERVICE

This is to certify that on July 15, 2015, a true and correct copy of the above and foregoing document was served on the State Prosecuting Attorney by mail.

/s/ Douglas H. Pettit
Douglas H. Pettit

## NO. PD-598-15

| | | |
|---|---|---|
| **STATE OF TEXAS** | § | IN THE |
| | § | |
| **VS.** | § | COURT OF CRIMINAL |
| | § | APPEALS |
| | § | |
| **RONALD BLAKE FEARS** | § | AUSTIN, T E X A S |

## O R D E R

On _____, 2015, came on to be considered DOUGLAS H.

PETTIT's Motion to Substitute Counsel, and said motion is hereby

(Granted) (Denied)

_____
JUDGE PRESIDING